**MISDEMEANOR MINUTES:**

| | |
|---|---|
| Time Set: 9:00 a.m. | Date: 6/27/16 |
| Time Started: 10:33 | Presiding Judge: Lawrence R. Leonard |
| Time Ended: 10:37 | Courtroom Deputy: L. Woodcock |
| Recorded by: FTR | U.S. Attorney: Justin Ison AUSA |
| | Defense Counsel: _____ |
| Case Number: 4:16mj119 | ( ) Retained   ( ) Court-appointed |
| | ( ) AFPD        ( ) Waived Counsel |

USA v. Natasha Barnes

COUNTS:  1) Poss. marijuana
         2) Child abuse
         3) _____
         4) _____

( ) (✓) Present ( ) In custody ( ) No appearance ( ) Excused Prior to Court
(✓) Initial Appearance ( ) Docket Call ( ) Plea of Guilty ( ) Bench Trial ( ) Jury Trial
(✓) Defendant advised of rights.
( ) Consent to Proceed before U.S. Magistrate Judge executed and filed in open court.
( ) Acknowledgment of Rights Form executed and filed in open court.
( ) Government motion: ( ) Warrant ( ) Summons ( ) Continue ( ) DWOP ( ) DWP
( ) Other _____    ( ) Granted   ( ) Denied
( ) Defendant motion: ( ) Continue ( ) Judgment of Acquittal ( ) Strike
( ) Other _____    ( ) Granted   ( ) Denied
(✓) Counsel desired; Court (✓) Directed ( ) Denied ( ) Government not seeking jail time
( ) Defendant shall reimburse govt. for court appointed counsel at rate of $_____ /mo. begin _____
( ) Defendant will to retain counsel. ( ) Retained Counsel _____
(✓) Case continued to 9:00 a.m. on 8-8-16
(✓) Bond set PR _____ with the following conditions of release:

1) (✓) Probation Office supervision
2) ( ) Shall not operate m/v after consuming alcohol
3) ( ) Prohibited from operating a motor vehicle unless properly licensed to do so
4) ( ) No consumption ( ) No excessive use of alcohol

5) (✓) Substance abuse testing and if positive treatment as deemed necessary by PO.
6) ( ) Mental health evaluation and treatment as deemed necessary by PO
7) ( ) No use/possession of narcotic/controlled substance unless prescribed by physician
8) ( ) _____

( ) Proffer
( ) Statement by Defendant
( ) Found Guilty    ( ) Found Not Guilty
( ) Dismissed by Court
( ) Sentencing: _____
( ) Defendant remanded to custody

( ) Evidence & Witnesses presented
( ) PSR WAIVED by all parties
( ) Continued for Pre-sentence Report
( ) Advised of Right to Appeal

| FINE: | ASSESSMENT: | PROCESSING FEE: | RESTITUTION: |
|---|---|---|---|
| 1) $_____ | 1) $_____ | 1) $_____ | 1) $_____ |
| 2) $_____ | 2) $_____ | 2) $_____ | 2) $_____ |
| 3) $_____ | 3) $_____ | 3) $_____ | 3) $_____ |
| 4) $_____ | 4) $_____ | 4) $_____ | 4) $_____ |

( ) Jail: _____ ( ) To be released at 5:00 p.m. today ( ) As special condition of probation
( ) Probation: _____ ( ) Supervised Release: _____
( ) Driving privileges within special maritime and territorial jurisdiction of the United States are suspended for ONE (1) YEAR.

Kristina Beavers CSA